## SENTENCING MINUTES

DATE    2/29/2024          CASE NUMBER:   3:22CR152-02

JUDGE: GIBNEY             CT REPORTER:   G. HALASZ, OCR

INTERPRETER: _____

UNITED STATES OF AMERICA          Brian Hood

v.                                        COUNSEL

DAWNN LYNN LONG             Gregory Sheldon

**SENTENCING ON COUNT(S):** ONE (x) of the Indictment

**OBJECTIONS TO PSR:** none

**PRELIMINARY MATTERS:**
_____
_____
_____

**STATEMENTS MADE BY:** GOV'T (✓) DEFENSE COUNSEL (✓) DEFT (✓)

**ON MOTION OF GOV'T,** ( ) INDICTMENT (X) REMAINING CTS. DISMISSED.

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today ( ✓ )

DEFT REMANDED TO CUSTODY ( ✓ )

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**
ON:_____ BY:_____
( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

CASE SET:      BEGAN:      ENDED:      TIME IN COURT:
2:30 pm        2:32 pm     3:07 pm            35 mins.

PAGE TWO (2)

**SENTENCE TEXT**

**COUNT 1**   IMPRISONMENT __12__ MOS. *and 1 day*   CONCURRENT ( )   CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE (✓)

SUPERVISED RELEASE __3__ YEARS

PROBATION _____ YEARS

FINE $_____   ( X ) Fine not imposed

SPECIAL ASSESSMENT $100 due immediately

**COUNT __**   IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $____ due immediately

**COUNT _____**   IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( X )**

**RESTITUTION ORDERED:** *previous restitution order is vacated; restitution ordered for $653,250. Interest is waived.*

**RECOMMENDATION(S) TO BOP:**
(✓) Designate dft. to (a facility near family) in *Detroit, MI*
( ) BOP 500-hr intensive drug treatment program, if the defendant qualifies and volunteers
( ) UNICOR program  ( ) with _____ portion of earnings directed to child support
(✓) Educational /Vocational training  ( ) SHOCK Incarceration Program  ( ) BRAVE Program

( ) OTHER:_____

## PAGE THREE (3)

**SPECIAL CONDITIONS of Probation / Supervised Release:**

*★ all conditions set forth in PSR are adopted*

✓ (1) Incur no new credit without approval of probation officer
✓ (2) Provide probation officer with access to financial information
____ (3) Participate in drug/alcohol treatment, if deemed necessary; <u>Govt</u> Pay cost
____ (4) Participate in mental health treatment, if deemed necessary; _____ Pay cost
       _____ Participate in anger management
____ (5) The defendant shall not consume any alcohol.
____ (6) Participate in a program such as Narcotics Anonymous/Alcoholics Anonymous or a similar secular program (any secular equivalent to NA/AA must be approved by the probation officer and the Court.) Dft shall begin attendance within <u>10 DAYS</u> of release. Defendant shall attend 90 meetings within 90 days. Defendant shall obtain a sponsor who will confirm the sponsor relationship with the probation officer.
✓ (7) Pay child support in amount ordered by social services or Court.
✓ (8) Defendant shall pay any balance owed on the S/A imposed by the Court
       _X_ Pay in installments of not less than $_10_ per month,
       to begin 60 days after start of supervision until paid in full
____ (9) Defendant to apply monies received from tax refunds, lottery winnings, and any anticipated or unexpected financial gains to the Court-ordered financial obligation
____ (10) Mandatory drug testing waived; ___ PO may still administer drug test if appropriate
____ (11) Perform community service _____ HOURS during period of supervision
____ (12) Participate in home confinement program for _____ with monitoring
       _____ Permitted to work, attend church, or other approved activities
       _____ Maintain telephone without special features; no cordless phone
       _____ Pay costs of electronic monitoring
____ (13) Defendant to be surrendered to BICE for deportation proceedings
       _____ If deported, defendant to remain outside the United States
____ (14) Waive all rights of confidentiality regarding mental health/substance abuse treatment (or other treatment) to allow release of information to Probation, etc.
____ (15-19) ___ Defendant shall register with the state sex offender registration agency in any state where he resides, is employed, a student, etc., ___ Defendant shall not own or have a computer in his residence or place of employment. Also, he shall not use a computer to access any online computer services at any location, including employment without the prior approval of the probation officer. This includes any internet service provider bulletin board systems, or any other public or private computer network. ___ Defendant shall not have any access to or possess any pornographic material, pictures displaying nudity, or magazines using juvenile models or pictures of juveniles under the age of 18 years. ___ Defendant shall not be in the presence of children under the age of 18 without another responsible adult being present. ___ Defendant shall not accept any paid or volunteer positions involving children.
✓ (---) **Other special conditions:**
   <u>Will not work in financial services</u>
   _____
   _____
   _____